BRUCE E. METHVEN (Bar No. 095486)
CONNIE TCHE (Bar No. 255235)
METHVEN & ASSOCIATES
2232 Sixth Street
Berkeley, California 94710
Telephone: (510) 649-4019
Facsimile: (510) 649-4024

Attorneys for Defendant
GEORGE ANTHONY FREEMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ALAN ALBERT HENRY OW,<br><br>Debtor.<br><br>GEORGE ANTHONY FREEMAN, Appellant,<br><br>v.<br><br>ALAN ALBERT HENRY OW, Appellee. | Case No. 16-cv-04817-JST<br><br>**[PROPOSED] ORDER DISMISSING APPEAL [Fed. R. Bankr. P. 8023]** |

//

//

//

//

**[PROPOSED] ORDER DISMISSING APPEAL**

1

**ORDER DISMISSING APPEAL**

On motion of George Anthony Freeman, appellant in this proceeding, due notice of the motion having been given on April 30, 2017 to Alan Albert Henry Ow, the other party in the proceeding; and the court being fully advised;

IT IS ORDERED that the appeal in this proceeding be dismissed, pursuant to the provisions of Fed. R. Bankr. P. 8023.

Dated: Oct. 39, 4239

By: _____
    JON S. TIGAR
    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DISMISSING APPEAL